**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RAMON VILLARREAL TORRES**, <br><br> *Petitioner*, <br><br> v. <br><br> **J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-02000-JDW** |

### ORDER

**AND NOW**, this 27th day of March, 2026, upon review of Petitioner Ramon Villarreal Torres's Verified Petition For Writ Of Habeas Corpus (ECF No. 1), it is **ORDERED** that, on or before Monday, March 30, 2026 at 12:00 p.m., Respondents shall advise me whether they oppose Mr. Villarreal Torres's Petition and, if so, whether they intend to make any arguments other than those the Government made in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison,* No. 26-cv-532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026).

It is **FURTHER ORDERED** that Petitioner's counsel shall serve the Petition and this Order on the Government at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, gregory.david@usdoj.gov, mark.sherer@usdoj.gov, daniella.lees@usdoj.gov, and mansi.shah@usdoj.gov.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.