**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RAMON VILLARREAL TORRES**, <br><br> *Petitioner*, <br><br> v. <br><br> **J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-02000-JDW** |

## ORDER

**AND NOW**, this 3rd day of April, 2026, upon review of Respondents' Response In Opposition To Petition For Writ Of Habeas Corpus (ECF No. 7), I note as follows.

1.      In their Response, Respondents represent that on February 22, 2024, the U.S. Department of Homeland Security released Petitioner Ramon Villarreal Torres from "custody on his own recognizance and issued a Notice to Appear." (ECF No. 7 at 1.)

2.      However, neither the Notice to Appear nor an Order of Release on Recognizance is part of the record in this matter.

Therefore, it is **ORDERED** that on or before April 6, 2026:

1.      Respondents shall submit the Notice to Appear and any Order of Release on Recognizance that DHS issued to Mr. Villarreal Torres. To the extent such documents are unavailable, Respondents shall submit a letter on the docket explaining why.[1]

2.      To the extent Respondents have additional documents they issued to Mr. Villarreal Torres,[2] they shall submit those documents as well.

**BY THE COURT:**

_/s/ Joshua D. Wolson_
JOSHUA D. WOLSON, J.

---

[1]     If Mr. Villarreal Torres has access to these documents, then his Counsel shall coordinate with Respondents to get them filed on the docket.
[2]     For example, this may include forms such as a Notice of Custody Determination. Indeed, Exhibit C to the Response indicates that Respondents processed Mr. Villarreal Torres as a Custody Redetermination after detaining him on March 22, 2026.