**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| **RAMON VILLARREAL TORRES**, <br><br> *Petitioner*, <br><br> v. <br><br> **J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.**, <br><br> *Respondents.* |

**Case No. 2:26-cv-02000-JDW**

**ORDER**

**AND NOW**, this 7th day of April, 2026, upon review of Petitioner Ramon Villarreal Torres's Verified Petition For Writ Of Habeas Corpus (ECF No. 1), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1.      Mr. Villarreal Torres is not subject to mandatory detention under 8 U.S.C. § 1225(b)(1)(B)(ii);

2.      Respondents shall **RELEASE** Mr. Villarreal Torres from custody immediately and certify compliance with this Order by filing on the docket no later than 12:00 p.m. ET on April 8, 2026;

3.      Respondents are temporarily enjoined from re-detaining Mr. Villarreal Torres for seven days following his release from custody;

4.      If Respondents choose to pursue re-detention of Mr. Villarreal Torres after that seven-day period, then they must first provide him with a bond hearing, at which a

neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5.      Pending the ordered bond hearing, Respondents cannot remove, transfer, or otherwise facilitate the removal of Mr. Villarreal Torres from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Mr. Villarreal Torres is subject to detention under 8 U.S.C. § 1226(a), then Respondents may request permission from me to move him if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. I will then determine whether to grant the request and permit transfer of Mr. Villarreal Torres.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

2